**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:    Date: **11/3/22**    Tape: **FTR**   at **1:43**    Time in Court: **1 hour 3 mins**

Magistrate (presiding): **Catherine M. Salinas**    Deputy Clerk **Angela Smith**
Case Number: **1:22-CR-389**    Defendant's Name: **Alvin Marvin DeMar**
AUSA: **Theodore Hertzberg**    Defendant's Attorney: **Colin Garrett**
USPO/PTR: _____    Type Counsel: ( ) Retained   ( ) CJA   (✓) FPD   ( ) Waived

___ ARREST DATE: _____
___ INTERPRETER _____
✓ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT    Dft. In Custody? ( ) Yes ( ) No
✓ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
✓ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
___ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
___ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
___ Dft. to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
✓ Copy indictment/information given to dft? (✓) Yes ( ) No    Read to dft? ( ) Yes (✓) No.
___ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
✓ ARRAIGNMENT HELD. ( ) superseding indictment/information.
___ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt. ( ) Dft.
___ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
✓ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
___ MOTION TO CHANGE PLEA, and order allowing same.
___ PLEA OF GUILTY/NOLO as to counts _____
___ Petition to enter plea of GUILTY/NOLO filed.
___ NEGOTIATED PLEA between Government and defendant filed.
✓ ASSIGNED TO JUDGE **Ross** for: ( ) trial ( ) arraignment/sentence.
✓ ASSIGNED TO MAGISTRATE **McBath** for pretrial proceedings.
✓ Estimated trial time: ___ days (✓) SHORT ( ) MEDIUM ( ) LONG
___ CONSENT TO PRESENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

✓ See other side.

_Alvin Marvin DeMar_ . Defendant

✓ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

____ Temporary commitment issued.

____ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S District Court for the _____ District of _____.

<u>BOND/PRETRIAL DETENTION HEARING</u>

✓ BOND/PRETRIAL DETENTION hearing held.

____ MOTION FOR REDUCTION OF BOND hearing held.

____ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED

____ WRITTEN ORDER TO FOLLOW.

✓ GOVERNMENT MOTION FOR DETENTION (✓) GRANTED ( ) DENIED

✓ WRITTEN ORDER TO FOLLOW.

____ BOND SET AT $ _____

____ Non-surety

____ Surety  ( ) Cash  ( ) Property  ( ) Corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond Filed: defendant released.

____ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____

✓ **Order**

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

                                  Alvin Marvin          PAGE 3

Defendant: DeMar     Case No.: 1:22-CR-389

Date: 11/3/22

**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

G1- Photo of dresser in DeMar's bedroom - Admitted

G2- Photo of closer view of dresser in DeMar's bedroom - Admitted

G3- Photo of DeMar's garage - Admitted

G4- Photo of Gun Magazines - Admitted

G5- Photo of automatic shot gun - Admitted

G6- Photo of loaded gun magazine - Admitted

G7- Photo of DeMar + Carter at Bullseye Pawn Shop - Admitted

G8- " - Admitted

G9- " - Admitted

G10- " - Admitted

G11- " - Admitted

Original Exhibits ✓    RETAINED by the Court _____ RETURNED to counsel

G12- Photo of Carter at Bullseye Pawn Shop - Admitted

G13- Photo of Carter at Bullseye Pawn Shop - Admitted

G14- Copy of receipt for Ammo bought by DeMar - Admitted

G15- Copy of receipt for Ammo bought by DeMar - Admitted

G16- Copy of Texas Case 97CR0297 for DeMar - Admitted

G17- Copy of Texas Case 98CR0827 for DeMar - Admitted

G18- Copy of Louisiana Case 160818 for DeMar - Admitted